■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY WILLIAMS, Appellant. [704 NYS2d 882] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Lott, J.), rendered July 29, 1997, convicting him of murder in the second degree, criminal possession of a weapon in the second degree, and criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

In light of the overwhelming evidence of guilt, any error in admitting the complained-of testimony was harmless (see, People v Crimmins, 36 NY2d 230). Ritter, J. P., S. Miller, McGinity and Feuerstein, JJ., concur.